# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## PRETRIAL PROCEEDINGS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Jabari Wamble, AUSA |
| **Plaintiff,** | |
| v. | Case No: 20-8170-01-JPO |
| **HECTOR MEDINA-EXPERICUETA,** | Tim Burdick, AFPD |
| **Defendant.** | |

Court reporter: Nancy Wiss

| JUDGE: | Judge O'Hara | DATE: | 8/14/2020 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Zoom JPO |
| INTERPRETER: | Isaura Broste-sworn | PROBATION: | Amanda Hudson/Paula Heschmeyer |

## PROCEEDINGS

☐ **Initial Rule 5/Rule 5(c)(3)**  ☐ Initial Revocation Hearing  ☐ Bond Hearing
☒ Detention Hearing-1 hour, 15 min  ☐ XPreliminary Hearing  ☐ Bond Revocation Hearing
☐ Arraignment
☐ Discovery Conference

☐ **Charges and penalties explained to defendant**  ☐ **Defendant sworn/examined re: financial status**
☐ **Counsel appointed**

☐ **Constitutional Rights Explained**
☐ **Felony**  ☐ Misdemeanor
☐ Declines to Waive Indictment  ☒ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment  ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☐ Waived Reading of:  ☐ Read to Defendant:
    ☐ Indictment
    ☐ Information
    ☐ Number of Counts:
☐ Guilty  ☐ Not Guilty
☐ Bail Revoked
☐ Bail Fixed at: $_____
☐ Release Order executed  ☐ Continued on Present Bail

Defendant is ordered detained. Order of detention to follow.

☒ **Status Conference set before Magistrate Judge O'Hara on September 4, 2020, at 1:00 PM via zoom.**

☒ **OTHER:** All parties appear via zoom. Defendant consents to zoom. Agent Benjamin Gatrost is sworn and testifies for the government. Exhibits A-K are admitted for today's hearing. AUSA previously sent exhibits to all parties.